374 A.2d 710

Commonwealth v. Silverman, Appellant.

Argued April 12, 1977. Paulette J. Balogh, Appellate Counsel, with her Ralph J. Cappy, Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, with him Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

VAN der VOORT, J., absent.

374 A.2d 710

Commonwealth v. Simmons, Appellant.

Submitted November 8, 1976. Ralph J. Cappy, Public Defender, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Order affirmed.

374 A.2d 711

Commonwealth v. Smith, Appellant.

Argued March 22, 1977. Josephine Bartola, with her Corchin & Starr, for appellant; Jon C. Sirlin, with him Daniel B. Michie, for Commonwealth, appellee.

Judgments of sentence affirmed.

374 A.2d 711

Commonwealth v. Smith, Appellant.

Argued April 13, 1977. Louis R. Dadowski, Appellate Counsel, with him Ralph J. Cappy, Public Defender, for appellant; Charles W. Johns, Assistant District Attorney, with him Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

VAN der VOORT, J., absent.

374 A.2d 711

Commonwealth v. Smoke, Appellant.